(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK MEIKLE, Appellant.— Orders entered on March 9, 1967, May 8, 1967, and September 25, 1967, unanimously affirmed. No opinion. [32 A D 2d 615.] Concur — Stevens, P. J., Tilzer, Markewich, Nunez and Steuer, JJ.

■ SELMA B. MOWER, Respondent, v. JACK H. MOWER, Appellant.— Orders entered on May 15, 1968, and October 3, 1968, unanimously affirmed, with $30 costs and disbursements to the respondent. No opinion. [32 A D 2d 615.] Concur — Eager, J. P., McGivern, Markewich and McNally, JJ.